THE STATE EX REL. KEESEE, APPELLANT, *v.* OEC CORPORATION ET AL.; INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Keesee v. OEC Corp.,* 97 Ohio St.3d 182, 2002-Ohio-5786.]

(No. 2001–1683—Submitted September 17, 2002—Decided November 6, 2002.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

Harold Ticktin, for appellant.

Betty D. Montgomery, Attorney General, and Cheryl J. Nester, Assistant Attorney General, for appellee.